B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Corprint, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**95-4578495** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**360 Cortez Circle**<br>**Camarillo, CA**<br><br>ZIP Code **93012** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Ventura** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                 Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Corprint, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)     (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Corprint, Inc.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X  /s/ Steven R. Fox**
Signature of Attorney for Debtor(s)

**Steven R. Fox 138808**
Printed Name of Attorney for Debtor(s)

**Law Offices of Steven R. Fox**
Firm Name

**17835 Ventura Blvd.**
**Suite 306**
**Encino, CA 91316**

Address

                    **Email: emails@foxlaw.com**
**(818) 774-3545  Fax: (818) 774-3707**
Telephone Number

**January 8, 2010              138808**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Marc Lewis**
Signature of Authorized Individual

**Marc Lewis**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January 8, 2010**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Corprint, Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Advantage Mailing Inc**<br>**1633 N. Leslie Way**<br>**Orange, CA 92867** | **Marty**<br>**Advantage Mailing Inc**<br>**1633 N. Leslie Way**<br>**Orange, CA 92867**<br>**714-538-3881 fax 714-538-4999** | **Vendor** | | **163,294.31** |
| **Affinity Bank**<br>**Pacific Western Bank**<br>**Legal Department**<br>**5900 La Place Court Suite 200**<br>**Carlsbad, CA 92008** | **Brenda Woeckener**<br>**Affinity Bank**<br>**Pacific Western Bank**<br>**Legal Department**<br>**Carlsbad, CA 92008**<br>**760-602-6453; fax 760-918-9646** | **Inventory, paper, accounts, equipment, general tangibles and consumer goods.** | | **500,000.00**<br><br>**(0.00 secured)** |
| **Affinity Bank Visa**<br>**P O Box 2818**<br>**Omaha, NE 68103-2818** | **Brenda Woeckener**<br>**Affinity Bank Visa**<br>**P O Box 2818**<br>**Omaha, NE 68103-2818**<br>**760-602-6453; fax 760-918-9646** | **Credit Card** | | **50,045.31** |
| **Affinity Bank Visa**<br>**P O Box 2818**<br>**Omaha, NE 68103-2818** | **Affinity Bank Visa**<br>**P O Box 2818**<br>**Omaha, NE 68103-2818**<br>**760-602-6453; fax 760-918-9646** | **Credit Card** | | **48,369.43** |
| **American Express**<br>**P O Box 0001**<br>**Los Angeles, CA 90096-0001** | **American Express**<br>**P O Box 0001**<br>**Los Angeles, CA 90096-0001** | **Credit Card** | | **24,066.32** |
| **Bodek & Rhodes**<br>**2951 Grant Avenue**<br>**Philadelphia, PA 19114** | **Marvin**<br>**Bodek & Rhodes**<br>**2951 Grant Avenue**<br>**Philadelphia, PA 19114**<br>**800-523-2721 fax 800-531-9626** | **Vendor** | | **12,055.77** |
| **California Bank & Trust**<br>**16130 Ventura Boulevard**<br>**Encino, CA 91436-2503** | **Sandra "Sandy" Azevido**<br>**California Bank & Trust**<br>**2460 South 3270 West**<br>**Salt Lake City, UT 84119**<br>**800-748-4725 x3791 FAX 801-956-3717** | **Lender** | | **50,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Corprint, Inc.**                                                Case No.                                      

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Colortone**<br>**3750 Noakes**<br>**Los Angeles, CA 90023** | **Kim**<br>**Colortone**<br>**3750 Noakes**<br>**Los Angeles, CA 90023**<br>**323-261-0231 fax323-261-2453** | **Vendor** | | **25,921.78** |
| **Dickies Occupational Wear**<br>**319 Lipscomb**<br>**Fort Worth, TX 76104** | **Lisa**<br>**Dickies Occupational Wear**<br>**319 Lipscomb**<br>**Fort Worth, TX 76104**<br>**800 336 7202 fax 817 810 4475** | **Vendor** | | **10,355.65** |
| **Execuprint**<br>**15392 Colbalt St.**<br>**Sylmar, CA 91342-2729** | **Amin**<br>**Execuprint**<br>**15392 Colbalt St.**<br>**Sylmar, CA 91342-2729**<br>**818 993 8184 fax 818 885 5758** | **Vendor** | | **50,619.30** |
| **Lewisgrafx Inc**<br>**21920 Ventura Blvd.**<br>**Woodland Hills, CA 91364** | **Lewisgrafx Inc**<br>**21920 Ventura Blvd.**<br>**Woodland Hills, CA 91364** | **Vendor** | | **10,981.73** |
| **MIL Properties**<br>**2454 Blanchard Road**<br>**Camarillo, CA 93012** | **MIL Properties**<br>**2454 Blanchard Road**<br>**Camarillo, CA 93012** | **Property Lease** | | **25,950.00** |
| **Penn Industries Inc**<br>**12620 Hiddencreek Way**<br>**Cerritos, CA 90703** | **Mike**<br>**Penn Industries Inc**<br>**12620 Hiddencreek Way**<br>**Cerritos, CA 90703**<br>**562 926 0455 fax 562 926 8955** | **Vendor** | | **52,066.06** |
| **Pinnacle Designs**<br>**615 8th St**<br>**San Fernando, CA 91340-1400** | **Michelle**<br>**Pinnacle Designs**<br>**615 8th St**<br>**San Fernando, CA 91340-1400**<br>**800 826 7467 fax 818 365 3653** | **Vendor** | | **11,199.84** |
| **Puget Sound Leasing Co., Inc.**<br>**P O Box 1295**<br>**Issaquah, WA 98027** | **Puget Sound Leasing Co., Inc.**<br>**5150 Village Park Dr. SE Ste 200**<br>**Bellevue, WA 98006**<br>**425-392-6402; FAX 425-392-6427** | **Computer Software and two Servers** | | **23,595.31** |
| **Response Envelope**<br>**1340 S Baker Ave**<br>**Ontario, CA 91761-7742** | **Jack**<br>**Response Envelope**<br>**1340 S Baker Ave**<br>**Ontario, CA 91761-7742**<br>**909 923 5855 fax 909 923 4223** | **Vendor** | | **11,232.65** |
| **Scribner's Tees**<br>**2280 Shasta Way #108**<br>**Simi Valley, CA 93065** | **Susan**<br>**Scribner's Tees**<br>**2280 Shasta Way #108**<br>**Simi Valley, CA 93065**<br>**805 584 0738 fax 805 584 8838** | **Vendor** | | **18,501.78** |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re   **Corprint, Inc.**                                            Case No. _____

                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Tower-Lee Company**<br>**319 Vail Avenue**<br>**Los Angeles, CA 90040-2693** | **Karen**<br>**Tower-Lee Company**<br>**319 Vail Avenue**<br>**Los Angeles, CA 90040-2693**<br>**323-890-1000 fax 323 890 1007** | **Vendor** | | **182,519.26** |
| **Trend Offset Printing Service Inc**<br>**P O Box 3008**<br>**Los Alamitos, CA 90720** | **Jenny**<br>**Trend Offset Printing Service Inc**<br>**P O Box 3008**<br>**Los Alamitos, CA 90720**<br>**562-598-2446 fax 310-493-0626** | **Vendor** | | **343,849.15** |
| **V3 Corporation**<br>**200 N Elevar St**<br>**Oxnard, CA 93030** | **Jeff**<br>**V3 Corporation**<br>**200 N Elevar St**<br>**Oxnard, CA 93030**<br>**805-981-2600 fax 805-981-1180** | **Vendor** | | **63,948.79** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **January 8, 2010** _____      Signature   **/s/ Marc Lewis** _____

                                                                 **Marc Lewis**

                                                                **President**

       *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California

In re  **Corprint, Inc.**                                          ,  Case No. _____

                                                 Debtor

                                                                  Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kimberly Lewis**<br>**2454 Blanchard Rd**<br>**Camarillo, CA 93012** | | **5** | **Equity** |
| **Marc Lewis**<br>**2454 Blanchard Rd**<br>**Camarillo, CA 93012** | | **5** | **Equity** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

   I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**January 8, 2010**_____        Signature__**/s/ Marc Lewis**_____
                                                            **Marc Lewis**
                                                            **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Dated    **January 8, 2010**

**/s/ Marc Lewis**

**Marc Lewis**
*Debtor*

_____

*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 1015-2.1**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Corprint, Inc.**                                                      ,        Case No. _____

_____
Debtor

Chapter                                **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 193,907.37 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 500,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 1,282,770.09 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 25 | | | |
| | | Total Assets | 193,907.37 | | |
| | | Total Liabilities | | 1,782,770.09 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Central District of California

In re    **Corprint, Inc.**                                                      ,     Case No. _____

                          Debtor

                                            Chapter_____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Corprint, Inc.**                   ,       Case No.
<div align="center">Debtor</div>

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **Corprint, Inc.**                                        ,   Case No. _____

                                               Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Affinity Bank**<br>**Checking Account XXXXXX6421**<br>**101 S Chestnut St.**<br>**Ventura CA 93001**<br>**As of 1/6/10** | - | 25,734.88 |
| | | **Affinity Bank**<br>**Checking Account XXXXXX6519**<br>**101 S Chestnut St.**<br>**Ventura CA 93001**<br>**As of 1/6/10** | - | 584.49 |
| | | **Affinity Bank**<br>**Checking Account XXXXXX6617**<br>**101 S Chestnut St.**<br>**Ventura CA 93001**<br>**As of 1/6/10** | - | 237.30 |
| | | **Affinity Bank**<br>**Money Market XXXXXX6715**<br>**101 S Chestnut St.**<br>**Ventura CA 93001**<br>**As of 1/6/10** | - | 0.00 |
| | | **California Bank & Trust**<br>**Checking Account XXXXXX8761**<br>**16130 Ventura Blvd.**<br>**Encino CA 91436-2503**<br>**As of 1/6/10** | - | 0.00 |
| | | **California Bank & Trust**<br>**Checking Account XXXXXX3471**<br>**16130 Ventura Blvd.**<br>**Encino CA 91436-2503**<br>**As of 1/6/10** | - | 0.00 |

Sub-Total >      **26,556.67**
(Total of this page)

  **4**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                               Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Corprint, Inc.**                                                            ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **California Bank & Trust**<br>**Checking Account XXXXXX7321**<br>**16130 Ventura Blvd.**<br>**Encino CA 91436-2503**<br>**As of 1/6/10** | - | **0.00** |
| | | **California Bank & Trust**<br>**Money Market XXXXXX7439**<br>**16130 Ventura Blvd.**<br>**Encino CA 91436-2503**<br>**As of 1/6/10** | - | **0.00** |
| | | **Bank of America**<br>**Checking Account XXXXX-X7583**<br>**P O Box 37176**<br>**San Francisco CA 94137-0001**<br>**As of 1/6/10** | - | **0.00** |
| | | **Bank of America**<br>**Money Market XXXXX-X8615**<br>**P O Box 37176**<br>**San Francisco CA 94137-0001**<br>**As of 1/6/10** | - | **0.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | **X** | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | **X** | | |
| 6. | Wearing apparel. | **X** | | |
| 7. | Furs and jewelry. | **X** | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | **X** | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | **X** | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Corprint, Inc.**                                                          ,    Case No. _____

_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401K Administrater:  Quality Benefits, Inc. 21021 Ventura Blvd., Woodland Hills, CA 91364 Funds held by Oppenheimer: $203,531.18** | - | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable Aging Report as of 10/31/2009 $1,768.39 of amount listed has been sent to collections. $7.522.33 of amount is California sales taxes due** | - | 128,533.57 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    128,533.57
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Corprint, Inc.**                                              ,    Case No. _____
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **City of Camarillo Business Tax Certificate #026642** | - | **Unknown** |
| | | **California State Board of Equalization Sellers Permit** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Client List** **Location: 360 Cortez Circle, Camarillo CA** | - | **0.00** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Chevrolet Commercial 3/4 Ton Van, 32V, VIN ID 1GCGG25V541109614 License 7H59779 Free and Clear** | - | **5,000.00** |
| | | **2008 Toyota Scion XB, License: 6DYD649 VIN ID: JTLKE5OE781049287 Free and Clear** | - | **9,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **34 Computer Monitors, 7 Computer Printers, 11 Computers, 1 Couch, 1 Loveseat, 5 Credenzas, 26 Desk Chairs, 13 Desk Shelving Units, 12 Desks, 1 Display Table, 25 File Cabinets, 6 General Office Chairs, 3 Mobile Storage Units, 14 Office shelf Units, 20 Table Chairs, 4 Tables** | - | **6,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Pallett Jack, 5 rolling carts, 1 Merlin Magix / Legend Phone System, 3 Industrial Warehouse Tables, 39 H Beam Pallet Racks, 124 Cross Beam Pallet Racks, 125 Platform Piece Pallet Racks** | - | **8,000.00** |

|  |  |
|---|---|
| Sub-Total > | **28,000.00** |
| (Total of this page) | |

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Corprint, Inc.**                                                      ,    Case No. _____
                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Nisson 5000 lb Forklift, JC50LP, Model CPJ02A25P Serial No. 9P1320 Equpment No. 1230** | - | **4,000.00** |
| 30. Inventory. | | **Tee Shirts, Polo Shirts, Turtleneck Shirts, Jackets, Sweat Shirts, Hooded Sweatshirts, Bags, Recycled Blank Sheets, Caps, Watches, Clip-watches Mousepads, Vellum Bristol 67, Thermos, Sharpies, Cups, Hats, Visors, Calendars, Notebooks, Mints, Brochures, Booklets, Cards, Knives, Sales Kits, Water Bottles, Chocolate Bars, Flashlights, Tenents, Whistles, 2-way Radios** | - | **4,463.50** |
| | | **Left over promotional customer specific Inventory after fulfillment: Tee Shirts, Polo Shirts, Turtleneck Shirts, Jackets, Sweat Shirts, Hooded Sweatshirts, Bags, Recycled Blank Sheets, Caps, Watches, Clip-watches Mousepads, Vellum Bristol 67, Thermos, Sharpies, Cups, Hats, Visors, Calendars, Notebooks, Mints, Brochures, Booklets, Cards, Knives, Sales Kits, Water Bottles, Chocolate Bars, Flashlights, Whistles, 2-way Radios** | - | **2,353.63** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **10,817.13** |
|---|---|---|
| | (Total of this page) | |
| | Total > | **193,907.37** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Corprint, Inc.**                                                    Case No. _____
                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No.<br><br>**Affinity Bank<br>Pacific Western Bank<br>Legal Department<br>5900 La Place Court Suite 200<br>Carlsbad, CA 92008** | X | - | | **UCC Filing**<br><br>**Inventory, paper, accounts, equipment, general tangibles and consumer goods.**<br><br>Value $                    **0.00** | | | | **500,000.00** | **320,092.63** |
| Account No.<br><br><br><br> | | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | | <br><br>Value $ | | | | | |

| | | |
|---|---|---|
| **__0__** continuation sheets attached | Subtotal<br>(Total of this page) | **500,000.00** | **320,092.63** |
| | Total<br>(Report on Summary of Schedules) | **500,000.00** | **320,092.63** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re **Corprint, Inc.** _____ , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    **Corprint, Inc.**                                                    ,    Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **XXXXX6440**<br><br>**E D D**<br>**P O Box 826805**<br>**Sacramento, CA 94205-0001** | | - | Taxes | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. **XXXXXX8876**<br><br>**Franchise Tax Board**<br>**PO Box 942867**<br>**Sacramento, CA 94267-0008** | | - | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. **XXXXXX8876**<br><br>**Franchise Tax Board**<br>**Attention:  Bankruptcy**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | | - | Notice Only | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. **XX-XXX8495**<br><br>**Internal Revenue Service**<br>**Fresno IRS Center**<br>**5045 E. Butler Ave.**<br>**Fresno, CA 93888-0021** | | - | Notice Only | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |
| Total | 0.00 | |
| (Report on Summary of Schedules) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re  **Corprint, Inc.**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **X4620**<br><br>**5 Day Business Forms**<br>**29210 E LaCresta Avenue**<br>**Anaheim, CA 92806** | - | | | | **Aug 2009**<br>**Vendor** | | | | 1,016.88 |
| Account No.<br><br>**A P Specialties**<br>**961-A Calle Amanecer**<br>**San Clemente, CA 92673-4201** | | | | | **Aug 2009**<br>**Vendor** | | | | 386.35 |
| Account No.<br><br>**A T B Material Handling**<br>**10220 Norris Avenue**<br>**Pacoima, CA 91331** | - | | | | **Vendor** | | | | 6,425.71 |
| Account No. **XXX5362**<br><br>**Advantage Mailing Inc**<br>**1633 N. Leslie Way**<br>**Orange, CA 92867** | - | | | | **2009**<br>**Vendor** | | | | 163,294.31 |
| ___13___ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 171,123.25 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    S/N:34217-100105    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Corprint, Inc.**                                                    ,       Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **XXXX XXXX XXXX 5928** | | | - | Credit Card | | | | |
| **Affinity Bank Visa** **P O Box 2818** **Omaha, NE 68103-2818** | | | | | | | | 50,045.31 |
| Account No. **XXXX XXXX XXXX 4442** | | | - | Credit Card | | | | |
| **Affinity Bank Visa** **P O Box 2818** **Omaha, NE 68103-2818** | | | | | | | | 48,369.43 |
| Account No. | | | - | Vendor | | | | |
| **Alexander Mfg Co** **5320 Derry Avenue, Suite C** **Agoura Hills, CA 91301-5041** | | | | | | | | 617.84 |
| Account No. **XORP1** | | | - | Vendor | | | | |
| **All Direct Mail** **15392 Cobalt St.** **Sylmar, CA 91342-2729** | | | | | | | | 3,250.00 |
| Account No. | | | - | Vendor | | | | |
| **Alliance PFL LLC** **28170 Avenue Crocker** **Valencia, CA 91355** | | | | | | | | 7,599.05 |

| | | |
|---|---|---|
| Sheet no. __1__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 109,881.63 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corprint, Inc.**                                                    ,        Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **7060**<br><br>Alna Envelope Inc.<br>1633 N Leslie Way<br>Orange, CA 92867 | | - | | Vendor | | | | 7,689.07 |
| Account No. **xxx6702**<br><br>Alpha Shirt Company<br>P O Box 100635<br>Pasadena, CA 91189-0635 | | - | | Vendor | | | | 3,756.77 |
| Account No. **xx5486**<br><br>American Apparel<br>747 Warehouse St.<br>Los Angeles, CA 90021 | | - | | Vendor | | | | 530.40 |
| Account No. **XXXX XXXXXX-X9008**<br><br>American Express<br>P O Box 0001<br>Los Angeles, CA 90096-0001 | | - | | Credit Card | | | | 24,066.32 |
| Account No. **xxxxx7745**<br><br>American Honda Finance<br>P O Box 60001<br>City Of Industry, CA 91716-0001 | | - | | Vendor | | | | 447.58 |

Sheet no. __2__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **36,490.14**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corprint, Inc.**                                    ,        Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **XX9175**<br><br>**Augusta Sportswear**<br>P O Box 532095<br>Atlanta, GA 30353-2095 | | - | | Vendor | | | | 2,263.15 |
| Account No. **XXX5581**<br><br>**Avaya Financial Services**<br>P O Box 93000<br>Chicago, IL 60673-3000 | | - | | Vendor | | | | 4,355.70 |
| Account No. **4382**<br><br>**Beistle Co.**<br>P O Box 64964<br>Baltimore, MD 21264-4964 | | - | | Vendor | | | | 3,635.34 |
| Account No. **X4048**<br><br>**Bodek & Rhodes**<br>2951 Grant Avenue<br>Philadelphia, PA 19114 | | - | | Vendor | | | | 12,055.77 |
| Account No. **XXX-XXXXX-XXXXXX-0001**<br><br>**California Bank & Trust**<br>16130 Ventura Boulevard<br>Encino, CA 91436-2503 | | - | | December 2008<br>Lender | | | | 50,000.00 |

Sheet no. __3__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **72,309.96**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corprint, Inc.**                                          ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **XX4190** <br><br> **Canon** <br> **P O Box 4004** <br> **Carol Stream, IL 60197** | | - | | | **June 2008** <br> **Monthly Lease** | | | | 2,654.93 |
| Account No. **Case VC054981** <br><br> **Carlson & Messer LLP** <br> **5959 West Century Blvd.  Suite 1214** <br> **Los Angeles, CA 90045** | | - | | | **Nov 10, 2009** <br> **Notice Only, Counsel for Penn Industries Inc.** | | | X | 0.00 |
| Account No. <br><br> **Colortone** <br> **3750 Noakes** <br> **Los Angeles, CA 90023** | | - | | | **Vendor** | | | | 25,921.78 |
| Account No. <br><br> **Computer Support Team** <br> **26500 West Agoura Blvd** <br> **Calabasas, CA 91302** | | - | | | **Vendor** | | | | 8,303.97 |
| Account No. **003-7034739-004** <br><br> **Dell Financial Services** <br> **P O Box 5292** <br> **Carol Stream, IL 60197-4125** | | - | | | **July 2008** <br> **Monthly Equipment Lease** | | | | **Unknown** |

Sheet no. __4__ of __13__ sheets attached to Schedule of          Subtotal          | 36,880.68 |
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Corprint, Inc.**                                              ,    Case No. _____
                                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **003-7034739-003** <br><br> **Dell Financial Services** <br> **P O Box 5292** <br> **Carol Stream, IL 60197-4125** | | - | **October 2007** <br> **Monthly Equipment Lease** | | | | **Unknown** |
| Account No. **003-7034739-005** <br><br> **Dell Financial Services** <br> **P O Box 5292** <br> **Carol Stream, IL 60197-4125** | | - | **July 2008** <br> **Monthly Equipment Lease** | | | | **Unknown** |
| Account No. **003-7034739-006** <br><br> **Dell Financial Services** <br> **P O Box 5292** <br> **Carol Stream, IL 60197-4125** | | - | **July 2008** <br> **Monthly Equipment Lease** | | | | **Unknown** |
| Account No. **Lease 007034739** <br><br> **Dell Financial Services** <br> **12234 N IH35, Bldg B** <br> **Austin, TX 78753** | | - | **2004** <br> **Monthly Equipment Lease** | | | | **Unknown** |
| Account No. **007034739-002** <br><br> **Dell Financial Services** <br> **PO Box 81585** <br> **Austin, TX 78708-1585** | | - | **2004** <br> **Monthly Equipment Lease** | | | | **Unknown** |

Sheet no. __**5**__ of __**13**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Corprint, Inc.**_____,    Case No. _____
                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **XXXXX9001** | | | Vendor | | | | |
| **Dickies Occupational Wear** **319 Lipscomb** **Fort Worth, TX 76104** | | - | | | | | 10,355.65 |
| Account No. | | | Vendor | | | | |
| **Dynamic Solutions** **5648 Schaefer Ave** **Chino, CA 91710** | | - | | | | | 232.00 |
| Account No. **XX9060** | | | Vendor | | | | |
| **ETS Express Inc** **420 S Lombard St.** **Oxnard, CA 93030** | | - | | | | | 864.64 |
| Account No. **998** | | | Vendor | | | | |
| **Execuprint** **15392 Colbalt St.** **Sylmar, CA 91342-2729** | | - | | | | | 50,619.30 |
| Account No. | | | Vendor | | | | |
| **Extra Mile Marketing** **16611 North 91 St** **Suite 106** **Tempe, AZ 85280-1523** | | - | | | | | 4,000.00 |

Sheet no. __**6**___ of __**13**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **66,071.59**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Corprint, Inc.** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **XXXX XXXX XXXX 1875**<br><br>**Exxon Mobil**<br>**P O Box 688938**<br>**Des Moines, IA 50368-8938** | | - | | | Credit Card | | | | 3,030.52 |
| Account No.<br><br>**EyeDentity Graphics**<br>**900 Calle Piano, Unit F**<br>**Camarillo, CA 93012** | | - | | | Vendor | | | | 525.00 |
| Account No. **XX3563**<br><br>**Fersten Worldwide Inc**<br>**1 Trans-Border Drive**<br>**Champlain, NY 12919** | | - | | | Vendor | | | | 793.56 |
| Account No.<br><br>**Carlos Garcia**<br>**20990 King Hezekiah Dr**<br>**Bend, OR 97702** | | - | | | Vendor | | | | 1,500.00 |
| Account No.<br><br>**Graphic Trends**<br>**7301 Adams St**<br>**Paramount, CA 90723** | | - | | | Vendor | | | | 9,296.00 |

Sheet no. __**7**___ of __**13**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **15,145.08**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Corprint, Inc.**                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Vendor | | | | |
| **Hamilton Direct** **21005 Superior St** **Chatsworth, CA 91311** | | - | | | | | | 614.55 |
| Account No. | | | | | | | | |
| **Jack E. Kaufman** **16633 Ventura Blvd.  Suite 500** **Encino, CA 91436** | | - | | | | | | 237.00 |
| Account No. **XX0459** | | | | Vendor | | | | |
| **Jayline International Corp** **P O Box 1069** **Suite 210** **Linden, NJ 07036-0001** | | - | | | | | | 2,015.98 |
| Account No. | | | | Vendor | | | | |
| **Lewisgrafx Inc** **21920 Ventura Blvd.** **Woodland Hills, CA 91364** | | - | | | | | | 10,981.73 |
| Account No. **X1919** | | | | Vendor | | | | |
| **Media Lithographics Inc** **15382 Cobalt St** **Sylmar, CA 91342-2729** | | - | | | | | | 5,892.49 |

Sheet no. __8__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    19,741.75

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corprint, Inc.**                                          ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**MIL Properties**<br>**2454 Blanchard Road**<br>**Camarillo, CA 93012** | | - | **Jan 2009**<br>**Property Lease** | | | | 25,950.00 |
| Account No. **x0974** <br><br>**National Envelope**<br>**P O Box 91721**<br>**Uniondale, NY 11555-9171** | | - | **Vendor** | | | | 2,242.50 |
| Account No. <br><br>**Pacific Coast Card Services Inc**<br>**16031 Carmenita Rd**<br>**Cerritos, CA 90703** | | - | **Vendor** | | | | 4,001.26 |
| Account No. **X1183** <br><br>**Pacific Western Sales, Inc.**<br>**2980 Enterprise St.**<br>**Brea, CA 92821** | | - | **Vendor** | | | | 183.57 |
| Account No. **1774** <br><br>**Penn Industries Inc**<br>**12620 Hiddencreek Way**<br>**Cerritos, CA 90703** | | - | **Vendor** | | | | 52,066.06 |

Sheet no. __9__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                84,443.39

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Corprint, Inc.**
_____,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **XXR026** <br><br> **Pinnacle Designs** <br> **615 8th St** <br> **San Fernando, CA 91340-1400** | | - | | Vendor | | | | 11,199.84 |
| Account No. <br><br> **Pioneer Imagining Inc** <br> **16116 Sherman Way** <br> **Van Nuys, CA 91406** | | - | | Vendor | | | | 750.00 |
| Account No. **XXXXXXXXXXX2373** <br><br> **Pitney Bowes** <br> **20 Jewel Court** <br> **Saint Charles, MO 63304** | | - | | Vendor | | | | 122.34 |
| Account No. **09K20624** <br><br> **Carl Price** <br> **3750 Noakes Street** <br> **Los Angeles, CA 90023** | | - | | Lawsuit, Notice Only, Collections Colortone | | | X | Unknown |
| Account No. <br><br> **Prime Performance** <br> **10699 Hickson St.  #16** <br> **El Monte, CA 91731** | | - | | Vendor | | | | 6,232.99 |

Sheet no. __10__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **18,305.17**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Corprint, Inc.**_____,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Vendor | | | | |
| Prudential Overall Supply P O Box 11210 Santa Ana, CA 92711 | | - | | | | | | 632.44 |
| Account No. xxxxxx5157 | | | | Computer Software and two Servers | | | | |
| Puget Sound Leasing Co., Inc. P O Box 1295 Issaquah, WA 98027 | | - | | | | | | 23,595.31 |
| Account No. | | | | Vendor | | | | |
| Response Envelope 1340 S Baker Ave Ontario, CA 91761-7742 | | - | | | | | | 11,232.65 |
| Account No. | | | | vENDOR | | | | |
| RSI Consulting Servives Inc #266 Camarillo, CA 93010 | | - | | | | | | 117.00 |
| Account No. XXXXX8682 | | | | Vendor | | | | |
| SanMar Corp P O Box 34060 Seattle, WA 98124 | | - | | | | | | 2,910.07 |

Sheet no. __11__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **38,487.47**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Corprint, Inc.**                         ,      Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> **Scandia Printing Inc.** <br> **13800 Crenshaw Blvd.** <br> **Gardena, CA 90249** | | - | Vendor | | | | 3,821.00 |
| **Account No.** <br><br> **Scribner's Tees** <br> **2280 Shasta Way #108** <br> **Simi Valley, CA 93065** | | - | Vendor | | | | 18,501.78 |
| **Account No. XXX7153** <br><br> **Swiss Army Brands** <br> **P O Box 845362** <br> **Boston, MA 02284-5362** | | - | Vendor | | | | 1,250.00 |
| **Account No.** <br><br> **Tower-Lee Company** <br> **319 Vail Avenue** <br> **Los Angeles, CA 90040-2693** | | - | Vendor | | | | 182,519.26 |
| **Account No. 3725** <br><br> **Trend Offset Printing Service Inc** <br> **P O Box 3008** <br> **Los Alamitos, CA 90720** | | - | Vendor | | | | 343,849.15 |

Sheet no. __12__ of __13__ sheets attached to Schedule of            Subtotal       | **549,941.19**
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Corprint, Inc.**                                                      ,        Case No. _____
                                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5787** | | | Vendor | | | | |
| **V3 Corporation** **200 N Elevar St** **Oxnard, CA 93030** | - | | | | | | 63,948.79 |
| Account No. **184144** | | | **Dec 2009** **Notice Only, Vehicle Lease** | | | | |
| **Vista Ford of Oxnard** **1501 auto Center Drive** **Oxnard, CA 93036** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __13__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 63,948.79 |
| Total (Report on Summary of Schedules) | 1,282,770.09 |

B6G (Official Form 6G) (12/07)

In re  **Corprint, Inc.**                                    ,        Case No. _____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **American Honda Finance**<br>**PO Box 60001**<br>**City Of Industry, CA 91716-0001** | **Auto Lease, 2009 Honda, 2009 CRV, November 2008-2011**<br>**License: 6GFW713 VIN ID JHLRE38759C002479** |
| **Canon**<br>**P O Box 4044**<br>**Carol Stream, IL 60197** | **48 Month Lease, 2 Image Runner Copy Machines** |
| **Dell Financial Service**<br>**12234 N IH35 Bldg B**<br>**Austin, TX 78753** | **48 Month Lease to Own, 36 Month Lease, 2 Computers and 2 Flat Screens** |
| **Dell Financial Services**<br>**P O Box 5292**<br>**Carol Stream, IL 60197** | **36 Month Leases on 2) Lap Tops July 2008-2011** |
| **Dell Financial Services**<br>**P O Box 5297**<br>**Carol Stream, IL 60197** | **48 Month Lease to Own: Computer Equipment, October 2007-2011** |
| **MIL Properties**<br>**2454 Blanchard Road**<br>**Camarillo, CA 93012** | **Triple Net Lease of property at 360 Cortez Circle, Camarillo CA 93012, through Jan 2014** |
| **Puget Sound Leasing Co. Inc.**<br>**P O Box 1295**<br>**Issaquah, WA 98027** | **48 Month Lease to Own: 2 Computer Servers and Software, April 2006 to April 2010, Account 4439D-25157** |
| **Vista Ford of Oxnard**<br>**1501 auto Center Drive**<br>**Oxnard, CA 93036** | **Vehicle Lease for 36 months** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re    **Corprint, Inc.**                                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Marc Lewis**<br>**2454 Blanchard Road**<br>**Camarillo, CA 93012** | **Affinity Bank**<br>**101 S. Chestnut Street**<br>**Ventura, CA 93001** |
| **Marc Lewis**<br>**2454 Blanchard Road**<br>**Camarillo, CA 93012** | **Affinity Bank**<br>**Pacific Western Bank**<br>**Legal Department**<br>**5900 La Place Court Suite 200**<br>**Carlsbad, CA 92008** |

**0**
_____  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Corprint, Inc.**                                     Case No. _____

                                        Debtor(s)                      Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **27**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **January 8, 2010** _____        Signature    **/s/ Marc Lewis** _____

                                                             **Marc Lewis**

                                                             **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037               Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **Corprint, Inc.**                                                   Case No. _____

_____  Chapter   **11**  _____

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

#### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,856,875.00** | **2006 S Corp Tax Return Gross Income (Line 6)** |
| **$3,017,595.00** | **2007 S Corp Tax Return Gross Income (Line 6)** |
| **$3,140,995.00** | **2008 S Corp Tax Return Gross Income (Line 6)** |
| **$1,206,869.00** | **2009 AdjustedGross Margin Income and Expense Report, 12/31/09** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Colortone** <br> **3750 Noakes** <br> **Los Angeles, CA 90023** | **Oct-Dec 2009** | **$6,000.00** | **$25,921.78** |
| **Execuprint** <br> **15392 Colbalt St.** <br> **Sylmar, CA 91342-2729** | **Oct-Dec 2009** | **$25,570.48** | **$50,619.30** |
| **Lewisgrafx Inc** <br> **21920 Ventura Blvd.** <br> **Woodland Hills, CA 91364** | **Oct-Dec 2009** | **$9,201.69** | **$10,981.73** |
| **MIL Properties** <br> **2454 Blanchard Road** <br> **Camarillo, CA 93012** | **Oct-Dec 2009** | **$8,650.00** | **$10,981.73** |
| **SanMar Corp** <br> **P O Box 529** <br> **Preston, WA 98050-0529** | **Oct-Dec 2009** | **$17,605.38** | **$25,950.00** |
| **Tower-Lee Company** <br> **319 Vail Avenue** <br> **Los Angeles, CA 90040-2693** | **Oct-Dec 2009** | **$16,250.00** | **$182,519.26** |
| **V3 Corporation** <br> **200 N Elevar Street** <br> **Oxnard, CA 93030** | **Oct-Dec 2009** | **$21,257.14** | **$63,948.79** |
| **United Parcel Service** <br> **P O Box 894820** <br> **Los Angeles, CA 90189-4820** | **Oct-Dec 2009** | **$17,911.20** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Bishop Garment Co / ID Wear**<br>**1808 Franklin St**<br>**Vancouver BC V5L 1P9** | **Oct-Dec 2009** | **$0.00** | **$0.00** |

None  c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
☐     creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
      spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Jessica Lewis**<br>**945 Fairchild Avenue**<br>**Camarillo, CA 93010**<br>   **Daughter of President** | **paid bi-monthly during 12 months prepetition Salary** | **$24,448.46** | **$0.00** |
| **Kimberly Lewis**<br>**2454 Blanchard Road**<br>**Camarillo, CA 93012**<br>   **Owner, Secretary and Wife of President** | **paid bi-monthly during 12 months prepetition, Salary** | **$11,800.00** | **$0.00** |
| **Marc Lewis**<br>**2454 Blanchard Road**<br>**Camarillo, CA 93012**<br>   **Owner and President** | **paid bi-monthly during 12 months prepetition, Salary** | **$205,392.78** | **$0.00** |
| **Scott Lewis**<br>**24000 Calvert St.**<br>**Woodland Hills, CA 91367**<br>   **Brother-in-law of President** | **paid bi-monthly during 12 months prepetition, Salary** | **$70,000.00** | **$0.00** |
| **Jane Bauer**<br>**133 Camino Ruiz No 128**<br>**Camarillo, CA 93012**<br>   **Mother-in-law of President** | **paid bi-monthly during 12 months prepetition, Salary** | **$31,875.57** | **$0.00** |
| **Michael Bauer**<br>**2222 Los Feliz, No. 213**<br>**Thousand Oaks, CA 91362**<br>   **Brother-in-=law of President** | **paid bi-monthly during 12 months prepetition, Salary** | **$55,605.11** | **$0.00** |
| **Kristina Slover**<br>**5254 Corte Bocini #44**<br>**Camarillo, CA 93012**<br>   **Sister-in-law of President** | **paid bi-monthly during 12 months prepetition, Salary** | **$54,512.81** | **$0.00** |
| **MIL Properties LLC**<br>**2454 Blanchard Road**<br>**Camarillo, CA 93012**<br>   **President owns this LLC** | **Jan 2009, Feb 2009, Jul 2009, Aug 2009, Sep 2009, Oct 2009,** | **$61,900.00** | **$0.00** |
| **Marc Lewis**<br>**2454 Blanchard Road**<br>**Camarillo, CA 93012**<br>   **Reimbursed Business & Project Expenses**<br>**placed on personal Credit Card** | **Oct-Dec 2009, reimbursed for business purchases put on his credit cards** | **$16,965.03** | **$0.00** |

4

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Carl Price v. Corprint Incorporated, dbaTotal Brand Delivery, Marc Lewis and Does 1 to 20.   Case No. 09K20624** | **Civil Suit for money** | **Superior Court of Los Angeles 110 N. Grand Avenue, Los Angeles CA 90012** | **Pending** |
| **Penn Industries, Inc. v Corprint Inc.   Case VC054981** | **Civil Suit** | **Norwalk Superior Court, Los Angeles County, Southeast District 12720 Norwalk Blvd. Norwalk CA 90650** | **Pending** |
| **Carlos R. Garcia v. Corprint Inc. DBA Total Brand Del. Case No. 56-2009-00363159-SC-Sc-VTA** | **Suit for money** | **Ventura Superior Court, Small Claims** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

5

### 7. Gifts

None

☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **SRTMS PTA** <br> **13282 Santa Rosa Road** <br> **Camarillo, CA 93012** | | **11/4/08, 2/10/09, 4/30/09,** | **$6987, Annual Fun run, Donation, Annual Dinner Fundraiser** |
| **Conejo Valley YMCA** <br> **4031 N. Moorpark Road** <br> **Thousand Oaks, CA 91360** | | **11/20/08** | **$55.00 Event Donation** |
| **Children's Hospital Los Angeles** <br> **4650 Sunset Blvd.** <br> **Los Angeles, CA 90027** | | **4/30/09** | **$100.00** |
| **Life Rolls On** <br> **400 Corporate Pointe Suite 300** <br> **Culver City, CA 90230** | | **6/30/09** | **$214.00 Annual Fundraiser SPIFS** |
| **AYSO Team Sponsorship** <br> **P O Box 241** <br> **Moorpark, CA 93020** | | **6/30/09** | **$300.00** |

### 8. Losses

None

■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None

☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Steven R. Fox** <br> **17835 Ventura Blvd.** <br> **Suite 306** <br> **Encino, CA 91316** | **September 29, 2009** | **$53961.00** |

### 10. Other transfers

None

■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

6

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ☐    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Bank of America 2360 Ventura Blvd Camarillo** | **Jane Bauer, 2222 Los Feliz #213 Thousand Oaks CA** | **Tape drive back-up for computer system** | |

### 13. Setoffs

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ☐    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Various Customer** | **Debting is holding monies and merchandise for various rebate programs** | **Affinity Bank Account** |
| **Marc Lewis** | **One couch** | **360 Cortez Circle, Camarillo CA 93012** |
| **Various Customers** | **Debtor maintains warehoused inventory owned by customers, which is provided on request. Estimated value: $100,000.00** | **Debtor's Business Location** |

7

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                                    DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS            NAME AND ADDRESS OF            DATE OF            ENVIRONMENTAL
                                 GOVERNMENTAL UNIT              NOTICE             LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS            NAME AND ADDRESS OF            DATE OF            ENVIRONMENTAL
                                 GOVERNMENTAL UNIT              NOTICE             LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                                    DOCKET NUMBER                        STATUS OR DISPOSITION

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Corprint, Inc.** | **95-4578495** | **360 Cortez Circle Camarillo, CA 93012** | **The sale of printed products and related items / services to corporate accounts.** | **April 1989 to Present** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Robert Jackson**<br>**Thousand Oaks, CA 91362** | **Bookkeeper / Controller 2006-2009** |
| **Lucove Say & Co**<br>**23901 Calabasas Road, Suite 2085**<br>**Calabasas, CA 91302** | **CPA 1994-2009** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------|

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Ric Say** | |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Affinity Bank Visa** | **Applied on 9/15/09** |
| **101 S. Chestnut St.** | |
| **Ventura, CA 93001** | |

### 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **September 2008** | **Victoria Giard** | **Client owned inventory is counted at least once every 60 days.  TBD inventory is counted quarterly due to minimum fluctuation. TBD inventory is valued using average cost while client owned goods were valued using an estimated current market value.** |
| **60 Day Cycle Count** | **Victoria Giard** | |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **September 2008** | **Corprint, Inc.** |
| **60 Day Cycle Count** | **Corprint, Inc.** |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Marc Lewis** | **President** | **Equity holder 50% of stock** |
| **Kimberly Lewis** | **Secretary** | **Equity holder 50% of stock** |

10

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
commencement of this case.

NAME                              ADDRESS                              DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
immediately preceding the commencement of this case.

NAME AND ADDRESS                 TITLE                         DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                          DATE AND PURPOSE                     AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                 OF WITHDRAWAL                        OR DESCRIPTION AND
                                                                           VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
☐    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an
employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                TAXPAYER IDENTIFICATION NUMBER (EIN)

**401K**
**Quality Benefits, Inc.**
**21021 Ventura Blvd.,**
**Woodland Hills, CA 91364**


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.


Date   **January 8, 2010**                          Signature   **/s/ Marc Lewis**
                                                                 **Marc Lewis**
                                                                 **President**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)        **1998 USBC, Central District of California**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| **Corprint, Inc.** | |
| Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **53,961.00** |
| Prior to the filing of this statement I have received | $ | **53,961.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **January 8, 2010** | **/s/ Steven R. Fox** |
|---|---|
| *Date* | **Steven R. Fox 138808** |
| | *Signature of Attorney* |
| | **Law Offices of Steven R. Fox** |
| | *Name of Law Firm* |
| | **17835 Ventura Blvd.** |
| | **Suite 306** |
| | **Encino, CA 91316** |
| | **(818) 774-3545  Fax: (818) 774-3707** |

---

Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      **Steven R. Fox 138808**

Address   **17835 Ventura Blvd. Suite 306 Encino, CA 91316**

Telephone **(818) 774-3545 Fax: (818) 774-3707**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

<table>
<tr>
<td colspan="2" align="center">**UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA**</td>
</tr>
<tr>
<td rowspan="3">List all names including trade names used by Debtor(s) within last 8 years:<br>**Corprint, Inc.**</td>
<td>Case No.:</td>
</tr>
<tr>
<td>Chapter:    **11**</td>
</tr>
<tr>
<td></td>
</tr>
</table>

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __**10**__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   **January 8, 2010**

/s/ Marc Lewis

**Marc Lewis**/President
Signer/Title

Corprint, Inc.
360 Cortez Circle
Camarillo, CA 93012


Steven R. Fox
Law Offices of Steven R. Fox
17835 Ventura Blvd.
Suite 306
Encino, CA 91316


5 Day Business Forms
29210 E LaCresta Avenue
Anaheim, CA 92806


A P Specialties
961-A Calle Amanecer
San Clemente, CA 92673-4201


A T B Material Handling
10220 Norris Avenue
Pacoima, CA 91331


Advantage Mailing Inc
1633 N. Leslie Way
Orange, CA 92867


Affinity Bank
Pacific Western Bank
Legal Department
5900 La Place Court Suite 200
Carlsbad, CA 92008


Affinity Bank Visa
P O Box 2818
Omaha, NE 68103-2818

Alexander Mfg Co
5320 Derry Avenue, Suite C
Agoura Hills, CA 91301-5041


All Direct Mail
15392 Cobalt St.
Sylmar, CA 91342-2729


Alliance PFL LLC
28170 Avenue Crocker
Valencia, CA 91355


Alna Envelope Inc.
1633 N Leslie Way
Orange, CA 92867


Alpha Shirt Company
P O Box 100635
Pasadena, CA 91189-0635


American Apparel
747 Warehouse St.
Los Angeles, CA 90021


American Express
P O Box 0001
Los Angeles, CA 90096-0001


American Honda Finance
PO Box 60001
City Of Industry, CA 91716-0001

Augusta Sportswear
P O Box 532095
Atlanta, GA 30353-2095


Avaya Financial Services
P O Box 93000
Chicago, IL 60673-3000


Beistle Co.
P O Box 64964
Baltimore, MD 21264-4964


Bodek & Rhodes
2951 Grant Avenue
Philadelphia, PA 19114


California Bank & Trust
16130 Ventura Boulevard
Encino, CA 91436-2503


Canon
P O Box 4004
Carol Stream, IL 60197


Canon
P O Box 4044
Carol Stream, IL 60197


Carlson & Messer LLP
5959 West Century Blvd.  Suite 1214
Los Angeles, CA 90045

Colortone
3750 Noakes
Los Angeles, CA 90023


Computer Support Team
26500 West Agoura Blvd
Calabasas, CA 91302


Dell Financial Service
12234 N IH35 Bldg B
Austin, TX 78753


Dell Financial Services
P O Box 5292
Carol Stream, IL 60197-4125


Dell Financial Services
12234 N IH35, Bldg B
Austin, TX 78753


Dell Financial Services
PO Box 81585
Austin, TX 78708-1585


Dickies Occupational Wear
319 Lipscomb
Fort Worth, TX 76104


Dynamic Solutions
5648 Schaefer Ave
Chino, CA 91710

E D D
P O Box 826805
Sacramento, CA 94205-0001


ETS Express Inc
420 S Lombard St.
Oxnard, CA 93030


Execuprint
15392 Colbalt St.
Sylmar, CA 91342-2729


Extra Mile Marketing
16611 North 91 St
Suite 106
Tempe, AZ 85280-1523


Exxon Mobil
P O Box 688938
Des Moines, IA 50368-8938


EyeDentity Graphics
900 Calle Piano, Unit F
Camarillo, CA 93012


Fersten Worldwide Inc
1 Trans-Border Drive
Champlain, NY 12919


Franchise Tax Board
PO Box 942867
Sacramento, CA 94267-0008

Franchise Tax Board
Attention: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952


Carlos Garcia
20990 King Hezekiah Dr
Bend, OR 97702


Graphic Trends
7301 Adams St
Paramount, CA 90723


Hamilton Direct
21005 Superior St
Chatsworth, CA 91311


Internal Revenue Service
Fresno IRS Center
5045 E. Butler Ave.
Fresno, CA 93888-0021


Jack E. Kaufman
16633 Ventura Blvd. Suite 500
Encino, CA 91436


Jayline International Corp
P O Box 1069
Suite 210
Linden, NJ 07036-0001


Lewisgrafx Inc
21920 Ventura Blvd.
Woodland Hills, CA 91364

Marc Lewis
2454 Blanchard Road
Camarillo, CA 93012


Media Lithographics Inc
15382 Cobalt St
Sylmar, CA 91342-2729


MIL Properties
2454 Blanchard Road
Camarillo, CA 93012


National Envelope
P O Box 91721
Uniondale, NY 11555-9171


Pacific Coast Card Services Inc
16031 Carmenita Rd
Cerritos, CA 90703


Pacific Western Sales, Inc.
2980 Enterprise St.
Brea, CA 92821


Penn Industries Inc
12620 Hiddencreek Way
Cerritos, CA 90703


Pinnacle Designs
615 8th St
San Fernando, CA 91340-1400

Pioneer Imagining Inc
16116 Sherman Way
Van Nuys, CA 91406


Pitney Bowes
20 Jewel Court
Saint Charles, MO 63304


Carl Price
3750 Noakes Street
Los Angeles, CA 90023


Prime Performance
10699 Hickson St.  #16
El Monte, CA 91731


Prudential Overall Supply
P O Box 11210
Santa Ana, CA 92711


Puget Sound Leasing Co. Inc.
P O Box 1295
Issaquah, WA 98027


Puget Sound Leasing Co., Inc.
P O Box 1295
Issaquah, WA 98027


Response Envelope
1340 S Baker Ave
Ontario, CA 91761-7742

RSI Consulting Servives Inc
#266
Camarillo, CA 93010


SanMar Corp
P O Box 34060
Seattle, WA 98124


Scandia Printing Inc.
13800 Crenshaw Blvd.
Gardena, CA 90249


Scribner's Tees
2280 Shasta Way #108
Simi Valley, CA 93065


Swiss Army Brands
P O Box 845362
Boston, MA 02284-5362


Tower-Lee Company
319 Vail Avenue
Los Angeles, CA 90040-2693


Trend Offset Printing Service Inc
P O Box 3008
Los Alamitos, CA 90720


V3 Corporation
200 N Elevar St
Oxnard, CA 93030

```
Vista Ford of Oxnard
1501 auto Center Drive
Oxnard, CA 93036
```

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Steven R. Fox**<br>**17835 Ventura Blvd.**<br>**Suite 306**<br>**Encino, CA 91316**<br>**(818) 774-3545 Fax: (818) 774-3707**<br>California State Bar Number: **138808**<br><br>*Attorney for Debtor* | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

</div>

| In re:<br><br>    **Corprint, Inc.**<br><br><br><br><div align="right">Debtor(s),</div><div align="right">Plaintiff(s),</div><div align="right">Defendant(s).</div> | CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER:   **11** |
|---|---|

<div align="center">

**Corporate Ownership Statement Pursuant to**
**F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5**

</div>

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Steven R. Fox 138808**    , the undersigned in the above-captioned case, hereby declare
<div align="center">*(Print Name of Attorney or Declarant)*</div>

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

        ☐ I am the president or other officer or an authorized agent of the debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ■ I am the attorney for the debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

        *[For additional names, attach an addendum to this form.]*

b.     ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| **/s/ Steven R. Fox** | **January 8, 2010** |
|---|---|
| Signature of Attorney or Declarant | Date |

| **Steven R. Fox 138808** | |
|---|---|
| Printed Name of Attorney or Declarant | |

---

<div align="center">This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.</div>